| | |
|---|---|
| LAW OFFICE OF IRENE KARBELASHVILI<br>Irene Karbelashvili, State Bar Number 232223<br>Irakli Karbelashvili, State Bar Number 302971<br>12 South First Street, Suite 413<br>San Jose, CA 95113<br>Telephone: (408) 295-0137<br>Fax: (408) 295-0142 | VENARDI ZURADA LLP<br>Mark Lain Venardi, State Bar Number 173140<br>Mark Thomas Freeman, State Bar Number 293721<br>700 Ygnacio Valley Road Suite 300<br>Walnut Creek, CA 94596<br>Ph: 925-937-3900<br>Fax: 925-937-3905 |
| Attorneys for SHELBY GAIL HEIFETZ, Plaintiff | Attorneys for Defendants ZIO FRAEDOS, INC., a California corporation, d/b/a ZIO FRAEDO'S; and ANTHONY F. LOFORTE, SR., in his individual and representative capacity as Trustee of the ANTHONY F. LOFORTE SR. LIVING TRUST |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>            Plaintiff,<br><br>  vs.<br><br>ZIO FRAEDOS, INC., a California corporation, d/b/a ZIO FRAEDO'S; ANTHONY F. LOFORTE, SR., in his individual and representative capacity as Trustee of the ANTHONY F. LOFORTE SR. LIVING TRUST; and DOES 1-10, inclusive,<br><br>            Defendants | Case No. 16-cv-5535-WHA<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER CONTINUING GENERAL ORDER 56 JOINT INSPECTION DEADLINE** |

## STIPULATION

Plaintiff Shelby Gail Heifetz ("Plaintiff") and Defendants Zio Fraedos, Inc. and Anthony F. Loforte, Sr. ("Defendants") stipulate to continue the joint inspection deadline until February 15, 2017. The parties do so based on the following:

1.    Plaintiff filed her complaint on September 29, 2016.

2.    On November 3, 2016 Plaintiff served the summons, complaint, and related documents on Defendants.

3.    Defendants did not retain counsel until December of 2016 and Plaintiff's counsel was

first contacted by defense counsel on December 15, 2016. Plaintiff agreed to stipulate to extend Defendant's response to Plaintiff's complaint by 30 days. The Court granted the stipulation (Dkt. 12). Defendants filed their answer on January 6, 2017.

4.   The parties believe that a formal inspection in accordance with the provisions of General Order 56 will be helpful in resolving the issue of injunctive relief. Unfortunately, due to the delay in Defendants retaining counsel and everyone's conflicting schedules, the earliest available date for everyone to conduct the inspection is February 15, 2017.

**IT IS SO STIPULATED.**

Dated: February 12, 2017          */s/ Irene Karbelashvili*
                                  Irene Karbelashvili, Attorney for
                                  Plaintiff SHELBY GAIL HEIFETZ

Dated: February 13, 2017          */s/ Mark Lain Venardi*
                                  Mark Lain Venardi, Attorney for
                                  Defendants Zio Fraedo's, Inc. and Anthony F. Loforte, Sr.

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on, I, Irene Karbelashvili, received the concurrence of counsel for Defendants in the filing of this document.

By:      */s/ Irene Karbelashvili*
         IRENE KARBELASHVILI

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

That the last date for the Parties' Joint Site Inspection under General Order 56 is hereby modified so that the time to conduct the Joint Site Inspection is hereby extended to no later than February 15, 2017. The last dates under General Order 56 for the Parties' Meet and Confer and Notice for Mediation shall be modified accordingly.

```
This order is conditioned on the requirement that the
inspection in fact occur by February 15.
```

DATED:  February 14, 2017.               
                                          _____
                                          United States District Judge